FILED

2013 OCT -4 PM 2: 44

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
CIVIL ACTION

KARRIE FIKE,

    Plaintiff,

vs.

CASE NO. 13-CA-002428

JETBLUE AIRWAYS CORPORATION,
A Foreign Corporation,

    Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, KARRIE FIKE, and sues the Defendant, JETBLUE AIRWAYS CORPORATION, a foreign corporation, and alleges:

1. This is an action for damages that exceed $15,000.00.

2. Defendant, JETBLUE AIRWAYS CORPORATION (hereinafter JETBLUE), is now, and at all times herein mentioned was, a corporation duly organized and existing under the laws of the State of Delaware and duly authorized and licensed to do business in the State of Florida, with agents and employees located in Lee County, Florida.

3. At all times material to this cause of action, Plaintiff, KARRIE FIKE, was a resident of Naples, Collier County, Florida.

4. On or about January 6, 2011, Plaintiff, KARRIE FIKE, boarded JETBLUE Flight 132 in Lee County, Florida, with a final destination of New York City via John F. Kennedy International Airport.

5. At all times material to this cause of action Plaintiff, was a paying passenger and invitee of Defendant, JETBLUE.

6. At the aforementioned date, time, and place, Defendant, JETBLUE, negligently

prepared the cabin for flight in that, its agents, servant, and/or employees negligently stowed a hard case laptop in the aircraft's overhead storage bin.

7. While disembarking the subject flight at the aforementioned final destination Plaintiff, KARRIE FIKE, was struck directly in the head by the aforementioned hard laptop case which fell from the aircraft's overhead storage bin, resulting in injuries to the Plaintiff as hereinafter described.

8. Defendant, JETBLUE, its agents, servants and/or employees, were negligent in the following, among other things:

    a. In carelessly and negligently stowing the hard case laptop computer in the aircraft's overhead storage bin;

    b. In overloading the overhead luggage bin above Plaintiff, KERRY FIKE;

    c. In carelessly and negligently permitting an employee to act in an irresponsible manner, when Defendant knew or should have known said action could cause injuries to Plaintiff;

    d. In carelessly and negligently supervising their employees;

    e. In failing to warn Plaintiff and other passengers of the risk of falling luggage; and

    f. In failing to take adequate steps to prevent a hard case laptop computer from falling onto Plaintiff, KERRY FIKE.

9. Defendant, JEBLUE, knew, or in the exercise of reasonable care should have known, of the existence of the dangerous and hazardous conditions as described

above, and Defendant was negligent in not eliminating said dangerous conditions.

10. As a result, Plaintiff, KARRIE FIKE, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. The losses are either permanent or continuing in nature and the Plaintiff will suffer such losses in the future.

WHEREFORE, Plaintiff, KARRIE FIKE, sues the Defendant, JETBLUE AIRWAYS CORPORATION, a corporation, for compensatory damages in an amount in excess of $15,000.00, exclusive of interest and costs, and demands a trial by jury of all issues triable as of right by a jury.

Date: 8/30/13

GOLDSTEIN, BUCKLEY,
CECHMAN, RICE & PURTZ, P.A.
Attorneys for Plaintiff
P. O. Box 2366
Fort Myers, Florida 33902
(239) 334-1146

By: _____
ZACHARY M. GILL
Florida Bar No. 0015280

3