UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KARRIE FIKE,

     Plaintiff,

v.                                  Case No:  2:13-cv-706-FtM-38UAM

JETBLUE AIRWAYS
CORPORATION,

     Defendant.
_____/

## ORDER[1]

This matter comes before the Court *sua sponte* upon review of the file. The Parties are currently scheduled to appear before the undersigned on Friday, January 10, 2014, for a preliminary pretrial conference. However, because there is a pending Motion to Transfer Venue (Doc. #11), the conference will be cancelled pending a ruling on the Motion.

    Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

The preliminary pretrial conference scheduled for January 10, 2014, is hereby **CANCELLED** pending a ruling on the Defendant's Motion for Change of Venue ([Doc. #11](#)). The Conference will be rescheduled if necessary.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of January, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record